## JOHNSON v. STATE.

### No. 25567.

Court of Criminal Appeals of Texas.

Dec. 12, 1951.

228

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was tried before the court upon a plea of guilty to the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $50.

All matters of procedure appear to be in regular form. The record is before us without a statement of facts and bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.